# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:19-CR-75 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON STANSBERRY | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR DETENTION HEARING

Comes the Defendant, Jason Stansberry, by and through counsel, and respectfully moves this Honorable Court to enter an Order releasing the Defendant pending the trial of this matter. In support of this Motion, counsel would show the following:

1. On May 1, 2019, Defendant Stansberry appeared in Court and waived his right to a detention hearing and reserved the right to move for a detention hearing at a later date.

2. Defendant has no criminal history.

3. Defendant has strong family ties to the community.

4. Defendant is not a flight risk.

5. If released, Defendant will not commit any local, state or Federal crimes.

6. Defendant does not pose a danger or threat to the safety of any other person. or the community.

7. Defendant will report to pre-trial or any other agency when instructed to do so.

8. Defendant will abide by all terms of his pre-trial release.

9. Pre-trial has recommended that the Defendant be released pending the trial of this matter.

Respectfully submitted,

HINDMAN & LANZON

*/s/ Tommy K. Hindman*
TOMMY K. HINDMAN
Attorney for Defendant Stansberry
Bank of America Center
550 Main Avenue, Suite 550
Knoxville, Tennessee 37902
865-525-7777

**CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of May, 2019, a copy of the foregoing Motion for Detention Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Tommy K. Hindman*
TOMMY K. HINDMAN
Attorney for Defendant Stansberry
HINDMAN & LANZON
550 Main Avenue, Suite 550
Knoxville, TN 37902
(865) 525-7777